

# In the Missouri Court of Appeals
# Eastern District

SEPTEMBER 23, 2014

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.  ED99781    STATE OF MISSOURI, RES V SHAWN THOMAS, APP

2.  ED99870 STATE OF MISSOURI, RES V MICHAEL K. MOSLEY, APP

3.  ED99919 STATE OF MISSOURI, RES V ARVIS MILLER, APP

4.  ED100135 TIMOTHY FRIEDMANN, RES V. DAWN FRIEDMANN, APP

5.  ED100253 STATE OF MISSOURI, RES V. JEFFERY RICHARDSON, APP

6.  ED100279 TONIA STONER, RES V TODD STONER, APP

7.  ED100300 STATE OF MISSOURI, RES V CARLOS TRAVIS, APP

8.  ED100347 STATE OF MISSOURI, RES V TERRON POOL, APP

9.  ED100353 ANTHONY E. SMITH, APP V STATE OF MISSOURI, RES

10. ED100603 CHRISTOPHER GILLESPIE APP V. STATE OF MISSOURI RES



# In the Missouri Court of Appeals
# Eastern District

SEPTEMBER 23, 2014

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

11.   ED100610    JONATHAN SMITH, APP V STATE OF MISSOURI, RES

12.   ED100747 COCKRIEL & CHRISTOFFERSON RES V JAMES BOWLIN APP

13.   ED100853 ERIC HECKMAN, APP V DIRECTOR OF REVENUE, RES

14.   ED101162 IN THE INTEREST OF:  J.L.N.

15.   ED101252 KEVIN CHILDERS, APP V CUSTOMER DIRECT & DES, RES

16.   ED101392 JAMES BRIGHT, APP V JOHN MOLLENKAMP, RES